**2010-0776. State v. Smith.**
Hamilton App. Nos. C–090335 and C–090342. On motion for relief under App.R. 26(B). Motion denied.
PFEIFER, J., dissents.

**2010-1570. State ex rel. Zeigler v. Koher.**
In Quo Warranto. Relator's motion for appointment of counsel is denied. Relator's suggestion for substitution as respondent is recognized. Respondent's motion for judgment on the pleadings is denied. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

**2010-1651. State v. Hudson.**
Clark App. No. 09–CA–01, 2010-Ohio-839. On motion for leave to file delayed appeal. Motion denied..
BROWN, C.J., and PFEIFER, J., dissent.

**2010-1677. State v. Sands.**
Lake App. No. 2007–L–003. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON, J., dissents.

**2010-1682. State v. McCornell.**
Cuyahoga App. No. 93274, 2010-Ohio-3086. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and CUPP, JJ., dissent.

**2010-1685. State v. Literal.**
Scioto App. No. 07CA3207, 2009-Ohio-199. On motion for leave to file delayed appeal. Motion denied.

**2010-1686. State v. Darget.**
Scioto App. No. 09CA3306, 2010-Ohio-3541. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.

**2010-1689. State v. Jones.**
Richland App. No. 2009CA0104, 2010-Ohio-3274. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010-1731. State v. Wilson.**
Montgomery App. No. 23313, 2010-Ohio-3439. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2010-1743. State v. Metcalf.**
Cuyahoga App. No. 95419. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010-1753. In re Moore.**
Hamilton App. No. C–090576, 2010-Ohio-3991. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2010-1767. State v. Brown.**
Marion App. No. 9–10–12, 2010-Ohio-4546. On motion for stay of penalties. Motion denied.

**2010-1778. State v. Rosa.**
Cuyahoga App. No. 93108, 2010-Ohio-2215. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.

**2010-1797. State v. Edwards.**
Lucas App. No. L–08–1408, 2010-Ohio-2582. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.